James H. Colmer, MSB # 6401
HEIDELBERG, STEINBERGER, COLMER
 & BURROW, P.A.
711 Delmas Avenue
Pascagoula, MS  39568-1407
Telephone: 228-762-8021
Facsimile: 228-762-7589
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 07-2251<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| CATHY PARRISH, BRANDY PARRISH AND BROOKE PARRISH, INDIVIDUALLY, AS SURVIVORS AND BENEFICIARIES OF THE ESTATE OF JOHNNY WAYNE PARRISH<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiffs, CATHY PARRISH, BRANDY PARRISH and BROOKE PARRISH INDIVIDUALLY,  AS SURVIVORS AND BENEFICIARIES OF THE ESTATE OF JOHNNY WAYNE PARRISH, and Defendants, PFIZER, INC., et al., by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 22, 2009

By: _____

HEIDELBERG, STEINBERGER, COLMER
& BURROW, P.A.
711 Delmas Avenue
Pascagoula, MS 39568-1407
Telephone: 228-762-8021
Facsimile: 228-762-7589
*Attorneys for Plaintiff*

DATED: __August 6__, 2009

By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: __AUG 1 7 2009__   _____
Hon. Charles R. Breyer
United States District Court